**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Cassanova DYSON,
Defendant–Appellant.**

No. 15–7647.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 20, 2016.

Michael Cassanova Dyson, Appellant Pro Se. John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Cassanova Dyson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction pursuant to Amendment 750 to the *U.S. Sentencing Guidelines Manual* (2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v.* Dyson, No. 5:09–cr–00021–FPS–JES–6 (N.D.W.Va. Sept. 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*